IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| GEORGE HEISS,<br><br>        Plaintiff,<br><br>vs.<br><br>CKS FINANCIAL, LLC,<br><br>        Defendant. | No. 4:12-cv-00194-JAJ<br><br><br><br>ORDER |

This matter comes before the court pursuant to plaintiff's September 19, 2012 Voluntary Dismissal With Prejudice. [Dkt. No. 3]

**IT IS ORDERED** that plaintiff's dismissal is approved and this case is dismissed with prejudice.

**DATED** this 20th day of September, 2012.

_____
JOHN A. JARVEY
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF IOWA